To the court,

I received a copy of the order your court, The Court of Criminal Appeals of Texas, sent to Kaufman County courts, my trial court, regarding my application for a writ of habeas corpus, NO. WR-83,971-01. On the bottom of page 2 it states, "This Court has reviewed Applicant's other claims and finds them to be without merit." I'm wanting to know is this just in regards to the records requested from Kaufman County, or has The Court of Criminal Appeals completely reviewed my grounds in my 11.07, writ of Habeas Corpus, and found that my first ground, which is new evidence, consisting of a new witness' statement sworn and notarized has been disregarded due to lack of significance. Ground one has a multitude of significance regarding my girlfriend driving her vehicle at the time of the wreck and not myself. The New evidence witness spoke with my girlfriend and I just moments before the wreck, and witnessed who was driving the vehicle. The evidence and witness was not known of at the time of trial, so therefore it is considered new evidence, and holds an abundance of merit to who was actually driving. Please let me know if the New Evidence ground is still of meaning. Thanks!

Respectfully,

John English 1954437